**Michael Lee DALTON, Respondent,**

v.

**Angela M. DUNZ, Appellant.**

**No. WD 58024.**

Missouri Court of Appeals,
Western District.

Nov. 21, 2000.

Kevin W. Kenney, Kansas City, for Appellant.

Lynn K. Ballew, Harrisonville, for Respondent.

Before SPINDEN, C.J., and EDWIN H. SMITH and HOWARD, JJ.

### ORDER

PER CURIAM.

Angela M. Dunz appeals from the trial court's denial of her motion to modify custody with respect to her daughter, Rachel Dalton.

Affirmed. Rule 84.16(b).